```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS & ST. JOHN
```

UNITED STATES OF AMERICA,

        Plaintiff,
        v.

GOVERNMENT OF THE VIRGIN ISLANDS, VIRGIN ISLANDS PORT AUTHORITY, VIRGIN ISLANDS WASTE MANAGEMENT AUTHORITY, JOSEPH HODGE, ZULMA HODGE,

        Defendants.

Civ. No. 10-48

**ATTORNEYS:**

**Mark Gallagher**
**Rachel Evans King**
United States Department of Justice
Washington, DC
    *For the plaintiff United States of America,*

**Grethchen Shappert**
**Joycelyn Hewlett**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For the plaintiff United States of America,*

**Ian Clement**
**Pamela R. Tepper**
V.I. Department of Justice
St. Thomas, V.I.
    *For the defendant Government of the Virgin Islands.*

**Robert Goldsmith**
Law Office of Marjorie Rawls Roberts, P.C.
St. Thomas, U.S.V.I.
    *For the Virgin Islands Waste Management Authority.*

**ORDER**

On October 24, 2018, the Court held an evidentiary hearing in this matter. At the conclusion of that hearing, the Court held a post-hearing conference in chambers. At that conference, the parties agreed that there was a need to provide meaningful and complete information regarding: (1) the Tier 2 Analysis that is to be performed at the Anguilla and Bovoni landfills; (2) whether approval from the U.S. Army Corps of Engineers is required prior to completion of the Bovoni road reconstruction project; and (3) the status of Federal Aviation Administration ("FAA") concurrence on the Anguilla landfill expansion.

The premises considered, it is hereby

**ORDERED** that an evidentiary hearing in this matter is **SCHEDULED** to begin promptly at 9:00 A.M. on November 27, 2018; it is further

**ORDERED** that the parties' shall **SUBMIT** briefs addressing: (1) the Tier 2 Analysis that is to be performed at the Anguilla and Bovoni landfills; (2) whether approval from the U.S. Army Corps of Engineers is required prior to completion of the Bovoni road reconstruction project; and (3) the status of FAA concurrence on the Anguilla landfill expansion no later than 3:00 P.M. on November 14, 2018; it is further

**ORDERED** that the Government of the Virgin Islands shall, through such process as is necessary, procure the attendance at the evidentiary hearing scheduled for November 27, 2018, of such FAA and Port Authority officials that can testify regarding the status of FAA concurrence regarding the Anguilla expansion project.

```
                                        S_____
                                        Curtis V. Gómez
                                        District Judge
```